UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIL CURETON,

    Plaintiff,

v.

ANTHONY VANCE, CRAIG F. WININGER, and THOMAS SONDGEROTH,

    Defendants.

_____/

CASE NO. 16-CV-12628
HON. GEORGE CARAM STEEH
MAG. JUDGE MONA MAJZOUB

## ORDER DENYING PLAINTIFF'S "AMENDED JUDGMENT" (Doc. 36)

Pro se plaintiff Jamil Cureton brought this *Bivens* action against Defendant Assistant United States Attorneys ("AUSAs") Anthony Vance and Craig Wininger and FBI agent Thomas Sondgeroth for malicious prosecution. On August 29, 2017, this court accepted the report and recommendation of Magistrate Judge Mona K. Majzoub and granted Defendants' motion for summary judgment because Defendants were entitled to absolute and qualified immunity. Now before the court is Plaintiff's "Amended Judgment" which he also refers to as an "amended complaint." Attached to that document, Plaintiff submitted two videotaped depositions. Plaintiff argues that those two depositions taken in early May,

2018, in another lawsuit, require that this court hold an evidentiary hearing in his previously closed civil case.  Because final judgment has entered, Plaintiff's motion to amend is time-barred and is not properly before this court.  In addition, the court has reviewed the videotaped depositions submitted and finds that they would not alter the court's prior order granting Defendants' motion for summary judgment.

For the reasons set forth above, Plaintiff's "Amended Judgment" (Doc. 36) is DENIED.  The Clerk is directed to file the exhibits attached thereto in the traditional manner.

**IT IS SO ORDERED.**

Dated:  May 24, 2018			s/George Caram Steeh
					GEORGE CARAM STEEH
					UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 24, 2018, by electronic and/or ordinary mail and also on
Jamil Cureton, 801 East Woodcroft Parkway,
Apt. 1831, Durham, NC 27713.

s/Barbara Radke
Deputy Clerk